BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

NOV 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 CR 00479 OWW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ANDREW BRITT,<br><br>Defendant. | ) | CASE NO.<br><br>EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 18, 2010, charging the above defendant with a violation of Title 18, United States Code, § 922(g)(1)- Prohibited Person in Possession of Ammunition be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or any warrant issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.
3 | DATED: November 18, 2010                Respectfully submitted,
4 |                                         BENJAMIN B. WAGNER
  |                                         United States Attorney
5 |                                         By
6 |                                         ELANA S. LANDAU
  |                                         Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 18 day of November, 2010.
9 |
10|                                         _____
  |                                         U.S. Magistrate Judge