IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DANIEL ANDREW BRITT,<br><br>    Defendant. | No. 1:10-cr-00479-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on August 24, 2015, to 38 days custody (TIME SERVED), followed by 25 months supervised release,

IT IS HEREBY ORDERED that the defendant shall be transported from Lerdo to Fresno by the US Marshal and released to Westcare on August 26, 2015.  Judgment and Commitment Order to follow.

IT IS SO ORDERED.

Dated:  August 25, 2015                    _____
                                            SENIOR  DISTRICT JUDGE

Order of Release - 1