UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ANDREW BRITT,<br><br>Defendant. | No. 1:10-cr-00479-DAD<br><br>ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE<br><br>(Doc. No. 55) |

On July 6, 2020, defendant Daniel Andrew Britt filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) seeking a sentence reduction to time served. (Doc. No. 55.) After briefing was complete, on October 9, 2020, the court issued a minute order directing the parties to inform the court whether defendant's release from prison rendered the motion for compassionate release moot. (Doc. No. 59.) Defendant responded to the court's minute order by stating that he "has been released from custody, [and] as a result, his motion is moot." (Doc. No. 61.) The government agrees. (Doc. No. 60.) Therefore, defendant's motion for compassionate release (Doc. No. 55) is denied as moot.

IT IS SO ORDERED.

Dated: **October 19, 2020**

UNITED STATES DISTRICT JUDGE

1