HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
DANIEL ANDREW BRITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00479-JLT |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| DANIEL ANDREW BRITT, | DATE:   December 16, 2022<br>TIME:    9:00 a.m. |
| Defendant. | JUDGE: Hon. Jennifer L. Thurston |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney David L. Gappa, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Daniel Andrew Britt, that the Court may continue the sentencing hearing currently scheduled for December 2, 2022, at 9:00 a.m. to December 16, 2022, at 9:00 a.m.

   On November 2, 2022, Mr. Britt admitted to Charges 1, 2, 3, and 4 (as modified) of the Petition for Warrant or Summons for Offender Under Supervision. *See* ECF #77. At that time, the magistrate judge set sentencing for December 2, 2022, at 9:00 a.m. *See id.* On November 23, 2022, the United States Probation Office filed its dispositional memorandum. *See* ECF #78. Due to the long holiday weekend and defense counsel's court schedule the week of November 28, 2022, defense counsel has not yet had an opportunity to review the dispositional memorandum

1  with Mr. Britt and requires additional time to prepare for the sentencing hearing. The
2  government has no objection to this request, and both counsel for the government and the
3  assigned United States Probation Officer have stated that they are available on December 16,
4  2022.
5      Accordingly, the parties hereby stipulate and request that the Court continue the
6  sentencing hearing currently scheduled for December 2, 2022, at 9:00 a.m. to December 16,
7  2022, at 9:00 a.m.

                                            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATED: November 29, 2022        By:    /s/ *David L. Gappa*
                                            DAVID L. GAPPA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender


DATED: November 29, 2022        By:    /s/ *Erin Snider*
                                            ERIN SNIDER
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            DANIEL ANDREW BRITT

## **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to December 16, 2022, at 9:00 a.m.

IT IS SO ORDERED.

   Dated:   **November 29, 2022**

UNITED STATES DISTRICT JUDGE